PER CURIAM.
 

 In this workers’ compensation appeal, Claimant raises four points alleging error. We affirm the first three points without further comment; however, we reverse the fourth point, concerning the judge of compensation (JCC’s) award of costs to the employer/carrier (E/C).
 

 Following a final hearing on Claimant’s petitions for benefits, the JCC ruled in favor of the E/C on all issues, and awarded the E/C costs payable by Claimant pursuant to section 440.34(3), Florida Statutes. On appeal, the E/C properly concedes the award of prevailing party costs was error because Claimant’s date of accident predates the October 1, 2003, version of section 440.34(3), which permits such an award.
 
 See Kaloustian v. Tampa Armature Works, Inc.,
 
 5 So.3d 753 (Fla. 1st DCA 2009) (holding the JCC reversibly erred in applying the post October 1, 2003, version of section 440.34(3) to a claim with a pre-October 1, 2003, date of accident). Consequently, that portion of the JCC’s order awarding the E/C prevailing party is reversed. In all other respects, the JCC’s order is affirmed.
 

 AFFIRMED in part and REVERSED in part.
 

 WEBSTER, PADOVANO, and ROBERTS, JJ., concur.